## LOUIS CROSBY v. STATE OF FLORIDA

7 So. (2nd) 600                                    Division A
April 21, 1942

John R. Parkhill, for appellant.

J. Tom Watson, Attorney General, Millard B. Conklin, Assistant Attorney General, Woodrow M. Melvin, Special Assistant Attorney General, for appellee.

PER CURIAM:

The appeal in this cause has been submitted upon the transcript of record, and the briefs of counsel for the respective parties. After due consideration, the court is of the opinion that no reversible error is made to appear and the judgment appealed from is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.